# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Shenetra Franklin

                        Plaintiff,

v.                                         Case No.: 1:17−cv−00767
                                                  Honorable John Z. Lee

Lincoln International, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 24, 2017:

      MINUTE entry before the Honorable John Z. Lee:Agreed motion for approval of settlement agreement [15] is granted. This case is dismissed without prejudice, this dismissal will become with prejudice on 5/30/17 with each side to bear its fees and costs. No appearance is required on 5/25/17. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.